1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                 SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  Civil No. 07-CV-1624-L
                                     )  Criminal No.  05-CR-287-L
12              Plaintiff/Respondent, )
                                     )  **ORDER REQUIRING RESPONSE**
13  v.                               )  **TO MOTION UNDER 28 U.S.C. §**
                                     )  **2255 TO VACATE, SET ASIDE OR**
14  DIEGO AGUILAR-HERRERA,           )  **CORRECT SENTENCE**
                                     )
15              Defendant/Movant.    )  **[28 U.S.C. § 2255]**
                                     )
16  _____      )

17       Movant, proceeding *pro se*, filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set

18  aside, or correct sentence by a person in federal custody.  Having reviewed the record and good

19  cause appearing, **IT IS HEREBY ORDERED** respondent shall file and serve a responsive

20  memorandum not later than **September 12, 2007**.  The response shall include any and all

21  documents relevant to the determination of the issues in the motion.

22       **IT IS FURTHER ORDERED** that if the Petitioner wishes to reply to the Respondent's

23  responsive memorandum, a reply must be filed not later than **October 10, 2007**.  Upon the filing

24  of the foregoing, the parties shall await the further order of this Court.

25       **IT IS SO ORDERED.**

26  DATED:  August 16, 2007

27  _____

28  M. James Lorenz
    United States District Court Judge

1  COPY TO:

2  Diego Aguilar-Herrera
   #93152-198
3  P.O. Box 300
   3057 Easton Turnpike
4  Waymart, PA 18472

5  United State Attorney's Office
   Civil Division
6  880 Front Street, Rm 6293
   San Diego, CA 92101-8893

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05cv287/07cv1624